# Third District Court of Appeal
## State of Florida

Opinion filed March 9, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1058
Lower Tribunal No. 20-25636
_____

**Florida Fair Housing Alliance, Inc.,**
Appellant,

vs.

**25 Plaza Corp., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Shepard, Smith, Kohlmyer & Hand, P.A., and Ernest H. Kohlmyer, III and Andrew J. Hand (Maitland), for appellant.

Squire Patton Boggs (US) LLP, and Jonathan R. Weiss and Amanda E. Preston, for appellee.

Before LINDSEY, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.